IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| COOSA RIVER BASIN INITIATIVE; RAYMOND J. PERKINS, JR., and J. PERKINS FARMS, LLC;<br><br>*Plaintiffs*,<br><br>v.<br><br>3M COMPANY; EIDP, INC. (F/K/A E.I. DU PONT DE NEMOURS AND COMPANY); THE CHEMOURS COMPANY; CORTEVA, INC.; DUPONT DE NEMOURS, INC.; INV PERFORMANCE SURFACES, LLC; DAIKIN AMERICA, INC.; SHAW INDUSTRIES, INC.; SHAW INDUSTRIES GROUP, INC.; ALADDIN MANUFACTURING CORPORATION; MOHAWK INDUSTRIES, INC.; MOHAWK INDUSTRIES, LLC; THE CITY OF DALTON, GEORGIA, acting through its BOARD OF WATER, LIGHT AND SINKING FUND COMMISSIONERS, d/b/a DALTON UTILITIES,<br><br>*Defendants*. | Civil Action No.<br><br>4:25-CV-00075-AT |

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that I have read the Court's Standing Order in Cases Proceeding Before the Honorable Amy Totenberg and that I will comply with its provisions during the pendency of this litigation.

_____
Gary A. Davis

*Attorneys for Plaintiffs:*

**CAUSBY FIRM, LLC.**

By: /s/ Thomas Causby
Thomas Causby
Ga. Bar # 968006
P.O. Box 488
Dalton, GA 30722-488
Phone: 706-278-0525
Fax: 706-229-4363

**CORY WATSON, P.C.**
Hirlye R. "Ryan" Lutz, III (*pro hac vice*)
F. Jerome Tapley (*pro hac vice*)
Brett C. Thompson (*pro hac vice*)
R. Akira Watson (*pro hac vice*)
Hunter Phares (Ga. Bar No. 600149)
2131 Magnolia Avenue South
Birmingham, AL 35205
Phone: 205-328-2200
Fax:    205-324-7896
rlutz@corywatson.com
jtapley@corywatson.com
bthompson@corywatson.com

**DAVIS, JOHNSTON & RINGGER, P.C.**
Gary A. Davis (*pro hac vice*)
Keith Johnston (*pro hac vice*)
Louis W. Ringger, III (*pro hac vice*)
21 Battery Park Avenue, Suite 206
Asheville, NC 28801
Phone: 828-622-0044
Fax: 828-398-0435

gadavis@enviroattorney.com
kjohnston@enviroattorney.com
bringger@enviroattorney.com