# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

**4:25-cv-00075-AT**
**Coosa River Basin Initiative et al v. 3M Company et al**
**Honorable Amy Totenberg**

Minute Sheet for proceedings held In Chambers on 05/29/2025.

TIME COURT COMMENCED: 4:40 P.M.
TIME COURT CONCLUDED: 5:30 P.M.　　COURT REPORTER: Shannon Welch
TIME IN COURT: 00:50　　DEPUTY CLERK: Keri Gardner
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:
Andrew Carpenter representing Corteva, Inc.
Andrew Carpenter representing DuPont De Nemours, Inc.
Andrew Carpenter representing EIDP, Inc.
Andrew Carpenter representing The Chemours Company
Thomas Causby representing Coosa River Basin Initiative
Thomas Causby representing J. Perkins Farms, LLC
Thomas Causby representing Raymond J. Perkins
McClellon Cox representing Shaw Industries Group, Inc.
McClellon Cox representing Shaw Industries, Inc.
Alexandra Cunningham representing INV Performance Surfaces, LLC
Gary Davis representing Coosa River Basin Initiative
Gary Davis representing J. Perkins Farms, LLC
Gary Davis representing Raymond J. Perkins
Ann Ferebee representing Shaw Industries Group, Inc.
Ann Ferebee representing Shaw Industries, Inc.
Keith Johnston representing Coosa River Basin Initiative
Keith Johnston representing J. Perkins Farms, LLC
Keith Johnston representing Raymond J. Perkins
Jeffrey Kaplan representing Daikin America, Inc.
Hirlye Lutz representing Coosa River Basin Initiative
Hirlye Lutz representing J. Perkins Farms, LLC
Hirlye Lutz representing Raymond J. Perkins
Lindsey Mann representing The City of Dalton, Georgia
David Nahmias representing Daikin America, Inc.
William Repko representing Aladdin Manufacturing Corporation
William Repko representing Mohawk Industries, Inc.
William Repko representing Mohawk Industries, LLC
Jason Rottner representing Aladdin Manufacturing Corporation
Jason Rottner representing Mohawk Industries, Inc.
Jason Rottner representing Mohawk Industries, LLC
Brett Thompson representing Coosa River Basin Initiative
Brett Thompson representing J. Perkins Farms, LLC
Brett Thompson representing Raymond J. Perkins

|  |  |
|---|---|
|  | Andre Tinoco representing Corteva, Inc.<br>Andre Tinoco representing DuPont De Nemours, Inc.<br>Andre Tinoco representing EIDP, Inc.<br>Andre Tinoco representing The Chemours Company<br>Robert Watson representing Coosa River Basin Initiative<br>Robert Watson representing J. Perkins Farms, LLC<br>Robert Watson representing Raymond J. Perkins<br>Nia Wilson representing Corteva, Inc.<br>Nia Wilson representing DuPont De Nemours, Inc.<br>Nia Wilson representing EIDP, Inc.<br>Nia Wilson representing The Chemours Company<br>** Merideth S. Daly, representing INV Performance Surfaces, LLC<br>** W. Larkin Radney, representing 3M Company<br>** Benjamin P. Harmon, representing 3M Company<br>** Robert Remar, representing the 3M Company |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | A teleconference was held on 5/29/2025. The Court and counsel discussed case management issues related to the pending motions to stay. Counsel for Defendants must inform the Court by Wednesday, 6/4/2025 at 1:00 p.m. how each Defendant plans to proceed with respect to seeking a stay. The Court will then issue an order setting a briefing schedule and related requirements governing the briefing of all existing and anticipated stay motions. The responsive pleading deadline will be continued in the same order. |
| HEARING STATUS: | Hearing Concluded |