UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| Coosa River Basin Initiative; Raymond J. Perkins, Jr., and J. Perkins Farms, LLC, *Plaintiffs*, v. 3M Company, *et al.*, *Defendants*. | Civil Action No. 4:25-CV-00075-AT |

## REPLY IN SUPPORT OF
## SUPPLIER DEFENDANTS' MOTION TO STAY

Defendant The City of Dalton, Georgia ("Dalton") filed a motion to stay this case (Doc. 60) pending the resolution of *City of Dalton v. 3M et al.*, No. 4:24-cv-293-WMR (N.D. Ga.), the largely parallel case previously filed in the same Division of this Court. The Supplier Defendants—3M Company, EIDP, Inc. f/k/a E.I. DuPont de Nemours and Company, The Chemours Company, Corteva, Inc., INV Performance Surfaces, L.L.C., and Daikin America, Inc.—then filed their own short motion to stay (Doc. 76). In that motion, the Supplier Defendants adopted and incorporated Dalton's discussion of the legal standards applicable to this type of stay motion as well as Dalton's citations of authority supporting a stay, while noting that the Supplier Defendants do not agree with some of the factual statements and implications of liability in Dalton's motion. With those same caveats, the Supplier

1

Defendants hereby adopt and incorporate Dalton's arguments in its reply brief (Doc. 131), which persuasively rebut the arguments made by Plaintiffs in their omnibus response (Doc. 129).

Plaintiffs' response barely mentions the traditional stay factors, and as Dalton explains, Plaintiffs offer nothing to refute that those factors fully support a stay of this later-filed case, which focuses on the same LAS property as *City of Dalton* and substantially overlaps on parties, issues, and claims, so that allowing both cases to proceed would be highly inefficient and would create a real possibility of inconsistent rulings. *See* Dalton Reply 1–6. A stay is warranted based on those factors alone.

But Dalton also explains why the arguments about CERCLA that Plaintiffs dwell on badly misunderstand the operation of that federal law, which Congress enacted precisely for situations like that presented by hazardous substance contamination of the LAS. *See id.* at 6–16. Unlike CERCLA, the Georgia common-law claims that Plaintiffs assert in this case (which are the only claims brought against the Supplier Defendants) are not designed for the extraordinarily complex remediation of a large hazardous substances site that operates under extensive federal and state environmental regulations—which is why Plaintiffs cite no Georgia precedent for using those sorts of claims to address an environmental remediation project of this scope and complexity.

For these reasons, the Supplier Defendants respectfully request that the Court exercise its discretion to stay proceedings in this case pending the resolution of the *City of Dalton* case.

Respectfully submitted this 9th day of July, 2025.

/s/ *Jackson R. Sharman, III*
Jackson R. Sharman, III
GA Bar No. 637930
M. Christian King (PHV forthcoming)
W. Larkin Radney, IV (PHV forthcoming)
Tatum Jackson (PHV forthcoming)
Cassidy Keith (PHV forthcoming)
Lightfoot, Franklin and White LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
jsharman@lightfootlaw.com
cking@lightfootlaw.com
lradney@lightfootlaw.com
tjackson@lightfootlaw.com
ckeith@lightfootlaw.com

/s/ *Robert B. Remar*
Robert B. Remar (GA Bar 600575)
Monica P. Witte (GA Bar 405952)
Amanda M. Cheek (GA Bar 792443)
Smith Gambrell & Russell, LLP
1105 West Peachtree Street, NE, Suite 1000
Atlanta, GA 30309
Telephone (404) 815-3500
Email: rremar@sgrlaw.com
Email: mwitte@sgrlaw.com
Email: acheek@sgrlaw.com

*Attorneys for Defendant 3M Company*

/s/ *David E. Nahmias*
David E. Nahmias (GA Bar 534106)
Jeffrey A. Kaplan, Jr. (GA Bar 859280)
JONES DAY
1221 Peachtree Street NE, Suite 400
Atlanta, GA 30361
Tel: (404) 581-8502
Email: dnahmias@jonesday.com
Email: jkaplan@jonesday.com

James L. Hollis (GA Bar 930998)
Andrea L. Swartzberg (GA Bar 338830)
BALCH & BINGHAM, LLP
30 Ivan Allen Jr. Blvd. N.W., Suite 700
Atlanta, Georgia 30309
Tel: (404) 261-6020
Email: jhollis@balch.com
Email: aswartzberg@balch.com

*Attorneys for Daikin America, Inc.*

/s/ *Nia S. Wilson*
Nia S. Wilson
Georgia Bar No. 914011
nwilson@shb.com
SHOOK, HARDY & BACON L.L.P.
1230 Peachtree Street, Suite 1200
Atlanta, GA 30309
Telephone: 470-867-6000
Facsimile: 470-867-6001

3

/s/ *Alexandra B. Cunningham*
Alexandra B. Cunningham
(GA Bar No. 096280)
Merideth S. Daly (PHV forthcoming)
Hunton Andrews Kurth LLP
951 E. Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219
Tel: (804) 787-8087
Tel: (804) 788-8645
Fax: (804) 343-4612
acunningham@hunton.com
mdaly@hunton.com

Laura T. Wagner (GA Bar No. 674911)
Hunton Andrews Kurth LLP
Bank of America Plaza, Suite 4100
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
Telephone: (404) 888-4117
Facsimile: (404) 602-9016
lwagner@hunton.com

*Attorneys for Defendant INV Performance Surfaces, LLC*

Andrew Carpenter (PHV forthcoming)
acarpenter@shb.com
Brent Dwerlkotte (PHV forthcoming)
dbdwerlkotte@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547

*Attorneys for Defendants EIDP, Inc. f/k/a E.I. du Pont de Nemours and Company; The Chemours Company; Corteva, Inc.; and DuPont de Nemours, Inc.*

## CERTIFICATE OF COMPLIANCE

Pursuant to Northern District of Georgia Civil Local Rule 7.1.D., the undersigned counsel certifies that the foregoing filing is a computer document and was prepared in Times New Roman 14-point font, as mandated in Local Rule 5.1.C. Dated: July 9, 2025.

                                                 Respectfully submitted,

                                                 /s/ *David E. Nahmias*
                                                 David E. Nahmias (GA Bar 534106)
                                                 JONES DAY
                                                 1221 Peachtree Street NE, Suite 400
                                                 Atlanta, GA 30361
                                                 Tel: (404) 581-8502
                                                 Email: dnahmias@jonesday.com

                                               *Attorney for Defendant*
                                               *Daikin America, Inc.*