**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | | |
|---|---|---|
| **Coosa River Basin Initiative,** | ) | |
| **Raymond J. Perkins, Jr., J. Perkins** | ) | |
| **Farms, LLC,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION FILE** |
| | ) | **NO. 4:25-cv-00075-AT** |
| **3M Company, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL
<u>OF MOTION TO CONSOLIDATE RELATED ACTIONS</u>**

Plaintiffs Coosa River Basin Initiative, Raymond J. Perkins, Jr., and J. Perkins Farms, LLC requested leave to consolidate the *Coosa River Basin Initiative, et al* action with *Jarrod Johnson v. 3M Company, et al.*, No. 20-cv-00008-AT (N.D. Ga.) on September 15, 2025. (Doc. 148). Plaintiffs hereby give notice of withdrawing that Motion to Consolidate Related Actions.

Respectfully submitted April 7, 2026.

/s/ Ryan Lutz
Hirlye R. "Ryan" Lutz, III (*Pro Hac Vice)*
R. Akira Watson (*Pro Hac Vice*)
Brett C. Thompson (*Pro Hac Vice*)
F. Jerome Tapley (*Pro Hac Vice*)

1

**CORY WATSON, P.C.**
2131 Magnolia Avenue South
Birmingham, Alabama 35205
Telephone: (800) 852-6299
Facsimile: (205) 324-7896
awatson@corywatson.com
bthompson@corywatson.com
rlutz@corywatson.com
jtapley@corywatson.com

Gary A. Davis (*Pro Hac Vice*)
Keith A. Johnston (*Pro Hac Vice*)
Louis W. Ringger, III *(Pro Hac Vice)*
**DAVIS, JOHNSTON & RINGGER, P.C.**
21 Battery Park Avenue, Suite 206
Asheville, North Carolina 28801
Telephone: (828) 622-0044
Facsimile: (828) 398-0435
gadavis@enviroattorney.com
kjohnston@enviroattorney.com
bringger@enviroattorney.com

Thomas Causby (GA Bar No. 968006)
**CAUSBY FIRM, LLC**
P.O. Box 488
Dalton, Georgia 30722
Telephone: (706) 278-0525
Facsimile: (706) 229-4363
tom@causbyfirm.com

*Attorneys for Plaintiff*

2

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Northern District of Georgia Civil Local Rule 7.1.D., the undersigned counsel certifies that the foregoing filing is prepared in Times New Roman 14-point font, as mandated in Local Rule 5.1.C.

This 7th day of April, 2026.

*/s/ Ryan Lutz*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been filed electronically with the Clerk of the Court by using the CM/ECF system which will automatically email all counsel of record.

This 7th day of April, 2026.

/s/ Ryan Lutz