# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| Coosa River Basin Initiative; Raymond J. Perkins, Jr., and J. Perkins Farms, LLC<br><br>　　　　Plaintiffs,<br><br>v.<br><br>3M Company; EIDP, Inc. f/k/a E.I. DuPont de Nemours and Company; The Chemours Company; Corteva, Inc.; INV Performance Surfaces, LLC; Daikin America, Inc.; Shaw Industries, Inc.; Shaw Industries Group, Inc.; Aladdin Manufacturing Corporation; Mohawk Industries, Inc.; Mohawk Industries, LLC; The City of Dalton, Georgia, acting through its Board of Water, Light and Sinking Fund Commissioners d/b/a Dalton Utilities,<br><br>　　　　Defendants. | Civil Action No. 4:25-cv-00075-AT |

## JOINT MOTION FOR ENTRY OF A BRIEFING SCHEDULE TO AMEND COMPLAINT AND RESPOND TO AMENDED COMPLAINT

Plaintiffs and Defendants respectfully request that the Court extend Defendants' deadline to respond to the Complaint and enter a briefing schedule that sets deadlines for Plaintiffs to file an Amended Complaint and for Defendants to respond. The Court previously ordered Defendants to answer or otherwise respond to the Complaint by April 20, 2026. *See* Dkt. 154 at 16 (setting deadline to respond

twenty days after the date of the order) (*citing* Dkt. 108).  However, after the Court's order denying Defendants' motions to stay [Dkt. 154], Plaintiffs indicated that they intend to file an Amended Complaint.  Therefore, the parties jointly request that the Court extend Defendants' deadlines to respond to the Complaint and enter the following briefing schedule:

| Event | Deadline |
|---|---|
| Plaintiffs file Amended Complaint | 30 days after briefing schedule is entered |
| Defendants respond to Amended Complaint | 30 days after Amended Complaint is filed |
| Plaintiffs respond to Rule 12 motion(s) | 45 days after Rule 12 Motion(s) are filed |
| Defendants file Reply Brief(s) | 21 days after Response(s) to Rule 12 Motion(s) are filed |

Good cause exists to extend Defendants' response deadline and enter the proposed briefing schedule because it will promote the orderly and efficient administration of this case by allowing Plaintiffs to amend and preventing the waste of party resources by Defendants responding to a Complaint that will be amended. The parties are requesting this briefing schedule in good faith and not for the purposes of delay.  For the Court's convenience, a Proposed Order is attached as Exhibit A.

Respectfully submitted, this 15th day of April 2026.

<table>
<tr><td>

**CORY WATSON, P.C.**

/s/ *Ryan Lutz*
Hirlye R. "Ryan" Lutz, III (*PHV*)
F. Jerome Tapley (*PHV*)
Brett C. Thompson (*PHV*)
R. Akira Watson (*PHV*)
2131 Magnolia Avenue South
Birmingham, Alabama  35205
Telephone: (800) 852-6299
Facsimile: (205) 324-7896
rlutz@corywatson.com
jtapley@corywatson.com
bthompson@corywatson.com
awatson@corywatson.com

Gary A. Davis (*PHV*)
Keith A. Johnston (*PHV*)
Louis W. Ringger, III (*PHV*)
**DAVIS, JOHNSTON & RINGGER, P.C.**
21 Battery Park Avenue, Suite 206
Asheville, North Carolina  28801
Telephone: (828) 622-0044
Facsimile: (828) 398-0435
gadavis@enviroattorney.com
kjohnston@enviroattorney.com
bringger@enviroattorney.com

Thomas Causby
GA Bar No. 968006
**CAUSBY FIRM, LLC**
P.O. Box 488
Dalton, Georgia  30722
Telephone: (706) 278-0525
Facsimile: (706) 229-4363
tom@causbyfirm.com

*Attorneys for Plaintiffs*

</td><td>

**TROUTMAN PEPPER LOCKE LLP**

/s/ *Lindsey B. Mann*
Lindsey B. Mann
GA Bar No. 431819
E. Fitzgerald Veira
GA Bar No. 726726
T. Scott Mills
GA Bar No. 757063
Anaid Reyes Kipp
GA Bar No. 703283
600 Peachtree Street, N.E., Suite 3000
Atlanta, Georgia  30308
Telephone: (404) 885-3000
lindsey.mann@troutman.com
fitzgerald.veira@troutman.com
scott.mills@troutman.com
anaid.reyes-kipp@troutman.com

Brooks M. Smith (*PHV*)
1001 Haxall Point, Suite 1500
Richmond, Virginia  23219
Telephone: (804) 697-1200
brooks.smith@troutman.com

*Counsel for Defendant The City of Dalton, Georgia, acting through its Board of Water, Light and Sinking Fund Commissioners, d/b/a Dalton Utilities*

/s/ *Robert B. Remar*
Robert B. Remar
GA Bar No. 600575
Amanda M. Cheek
Georgia Bar No. 792443
Smith Gambrell & Russell, LLP

</td></tr>
</table>

3

/s/ Jason Rottner
Jason Rottner
GA Bar No. 678137
William J. Repko III
GA Bar No. 301797
Andrew A. Roberts
GA Bar No. 425333
**ALSTON & BIRD LLP**
1201 W. Peachtree Street
Atlanta, Georgia  30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
jason.rottner@alston.com
jay.repko@alston.com
andrew.roberts@alston.com

*Counsel for Defendants*
*Aladdin Manufacturing Corporation,*
*Mohawk Carpet, LLC, and*
*Mohawk Industries, Inc.*


/s/ Jennifer B. Dempsey
Jennifer B. Dempsey
GA Bar No. 217536
Ann W. Ferebee
GA Bar No. 431941
McClellon D. Cox III
**BRYAN CAVE LEIGHTON PAISNER LLP**
One Atlantic Center – 14th Floor
1201 West Peachtree Street NW
Atlanta, Georgia  30309
Telephone: (404) 572-6600
Facsimile: (404) 572-6999
jennifer.dempsey@bclplaw.com
ann.ferebee@bclplaw.com
mcclellon.cox@bclplaw.com

1105 West Peachtree Street, NE, Suite 1000
Atlanta, Georgia 30309
Telephone: (404) 815-3500
rremar@sgrlaw.com
mwitte@sgrlaw.com
acheek@sgrlaw.com

Jack R. Sharman, III
GA Bar No. 637930
M. Christian King (*PHV*)
Harlan I. Prater, IV (*PHV*)
W. Larkin Radney, IV (*PHV*)
**LIGHTFOOT FRANKLIN & WHITE, LLC**
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203
Telephone: (205) 581-0700
jsharman@lightfootlaw.com
cking@lightfootlaw.com
hprater@lightfootlaw.com
lradney@lightfootlaw.com

*Attorneys for Defendant 3M Company*


/s/ Nia S. Wilson
Nia S. Wilson
GA Bar No. 914011
**SHOOK, HARDY & BACON LLP**
1230 Peachtree Street, Suite 1200
Atlanta, Georgia  30309
Telephone: (470) 867-6000
nwilson@shb.com

Andrew Carpenter (*PHV*)
Brent Dwerlkotte (*PHV*)
**SHOOK, HARDY & BACON LLP**
2555 Grand Boulevard

4

*Counsel for Shaw Industries, Inc. and Shaw Industries Group, Inc.*

*/s/ David E. Nahmias*
David E. Nahmias
GA Bar 534106
Jeffrey A. Kaplan, Jr.
GA Bar 859280
**JONES DAY**
1221 Peachtree Street NE, Suite 400
Atlanta, Georgia  30361
Telephone: (404) 581-8502
dnahmias@jonesday.com
jkaplan@jonesday.com

James L. Hollis
GA Bar No. 930998
Caroline Suydam
GA Bar 312378
**BALCH & BINGHAM, LLP**
30 Ivan Allen Jr. Blvd. N.W., Suite 700
Atlanta, Georgia  30309
Telephone: (404) 261-6020
jhollis@balch.com
csudyam@balch.com

Christopher Yeilding (*PHV*)
**BALCH & BINGHAM, LLP**
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama  35203-4642
Telephone: (205) 226-8728
cyeilding@balch.com

Jonathan Dyal (*PHV*)
Alison Geter (*PHV*)
**BALCH & BINGHAM LLP**
1310 Twenty Fifth Avenue
Gulfport, Mississippi  39501-1931
Telephone: (228) 864-9900

Kansas City, Missouri  64108
Telephone: (816) 474-6550
acarpenter@shb.com
dbdwerlkotte@shb.com

*Counsel for Defendants EIDP, Inc. f/k/a E.I. du Pont de Nemours and Company; The Chemours Company; Corteva, Inc.; and DuPont de Nemours, Inc.*

5

jdyal@balch.com
ageter@balch.com

*Attorneys for Defendant Daikin
America, Inc.*


/s/ *Alexandra B. Cunningham*
Alexandra B. Cunningham
GA Bar No. 096280
Merideth Snow Daly (*PHV*)
**HUNTON ANDREWS KURTH LLP**
951 E. Byrd Street
Richmond, Virginia  23219
Telephone: (804) 788-8200
acunningham@huntonAK.com
mdaly@huntonAK.com

Laura T. Wagner
GA Bar No. 674911
**HUNTON ANDREWS KURTH LLP**
Bank of America Plaza, Suite 4100
600 Peachtree Street, N.E.
Atlanta, Georgia  30308
Telephone: (404) 888-4117
lwagner@huntonAK.com

*Attorneys for Defendant INV
Performance Surfaces, LLC*

6

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D) of the Local Rules for the United States District Court for the Northern District of Georgia, I hereby certify that the foregoing has been prepared in Times New Roman, 14-point font, as permitted by Local Rule 5.1.

This 15th day of April, 2026.

/s/ Ryan Lutz

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to all counsel of record.

This 15th day of April, 2026.

/s/ Ryan Lutz

# EXHIBIT A

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

Coosa River Basin Initiative;
Raymond J. Perkins, Jr., and J. Perkins
Farms, LLC

    Plaintiffs,

v.

3M Company; EIDP, Inc. f/k/a E.I.
DuPont de Nemours and Company;
The Chemours Company; Corteva,
Inc.; INV Performance Surfaces, LLC;
Daikin America, Inc.; Shaw Industries,
Inc.; Shaw Industries Group, Inc.;
Aladdin Manufacturing Corporation;
Mohawk Industries, Inc.; Mohawk
Industries, LLC; The City of Dalton,
Georgia, acting through its Board of
Water, Light and Sinking Fund
Commissioners d/b/a Dalton Utilities,

    Defendants.

Civil Action No. 4:25-cv-00075-AT

## [PROPOSED] ORDER GRANTING JOINT MOTION
## FOR ENTRY OF A BRIEFING SCHEDULE

The parties have filed a Joint Motion for Entry of a Briefing Schedule extending Defendants' deadline to respond to the Complaint and setting deadlines for Plaintiffs to file an Amended Complaint and Defendants to respond thereto (the "Joint Motion"). Having considered the Joint Motion, and good cause being shown, the Court hereby GRANTS the Joint Motion, extends Defendants' deadline to

respond to Plaintiffs' Complaint, and enters the following briefing schedule:

| Event | Deadline |
| --- | --- |
| Plaintiffs file Amended Complaint | 30 days after briefing schedule is entered |
| Defendants respond to Amended Complaint | 30 days after Amended Complaint is filed |
| Plaintiffs respond to Rule 12 motion(s) | 45 days after Rule 12 Motion(s) are filed |
| Defendants file Reply Brief(s) | 21 days after Response(s) to Rule 12 Motion(s) are filed |

IT IS SO ORDERED, this _____ day of _____, 2026.


_____

Hon. Amy Totenberg
UNITED STATES DISTRICT JUDGE