IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

COOSA RIVER BASIN INITIATIVE;　　　:
RAYMOND J. PERKINS, JR.; and J.　　:
PERKINS FARMS, LLC,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:　　　　CIVIL ACTION NO.
　　　Plaintiffs,　　　　　　　　　　　:　　　　　4:25-cv-75-AT
　　　　　　　　　　　　　　　　　　　　　:
　　　v.　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
3M COMPANY; EIDP INC. f/k/a E.I.　:
DUPONT DE NEMOURS AND　　　　　　　　:
COMPANY; THE CHEMOURS　　　　　　　　:
COMPANY; CORTEVA, INC.; INV　　　　:
PERFORMANCE SURFACES, LLC;　　　　　:
DAIKIN AMERICA, INC.; SHAW　　　　　:
INDUSTRIES, INC.; SHAW　　　　　　　　:
INDUSTRIES GROUP, INC.;　　　　　　　:
ALADDIN MANUFACTURING　　　　　　　　　:
CORPORATION; MOHAWK　　　　　　　　　　:
INDUSTRIES, LLC; THE CITY OF　　　　:
DALTON, GEORGIA, acting through　　:
its Board of Water, Light and Sinking　:
Fund Commissioners d/b/a DALTON　　:
UTILIES,　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　Defendants.　　　　　　　　　　　:

## **ORDER**

Before the Court is the parties' Joint Motion for Entry of a Briefing Schedule. [Doc. 156]. The parties request that the Court extend Defendants' deadline to respond to the Complaint, set a deadline for Plaintiffs to file an Amended Complaint, and set a further deadline for Defendants to respond to the Amended

Complaint. [*Id.*].[1] Good cause appearing, the Joint Motion is **GRANTED**. The Court enters the following briefing schedule to govern the pleading deadlines in this case:

(1)   Plaintiffs must file their amended complaint by **May 18, 2026**.

(2)   Defendants' responsive pleadings are due by **June 17, 2026**.

(3)   If Defendants file any Rule 12 motions, Plaintiffs' response briefs are due by **July 17, 2026**.

(4)   Defendants' reply briefs in support of any Rule 12 motions must be filed by **August 7, 2026**.

Due to the anticipated volume of the parties' briefing, the Court will set a teleconference with the parties in the near future to discuss how best to streamline the briefing process, and to revisit the idea of appointment of a special master pursuant to Rule 53(a)(1)(A) of the Federal Rules of Civil Procedure. The Courtroom Deputy Clerk will be in contact with counsel by email to arrange a mutually agreeable date and time for the conference.

**IT IS SO ORDERED** this 17th day of April, 2026.

_____
**Honorable Amy Totenberg**
**United States District Judge**

---

[1] Defendants' current deadline to respond to Plaintiffs' Complaint is April 20, 2026. (Doc. 154 at 16).