UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| Coosa River Basin Initiative; Raymond J. Perkins, Jr., and J. Perkins Farms, LLC Plaintiffs,<br><br>v.<br><br>3M Company; EIDP, Inc. f/k/a E.I. DuPont de Nemours and Company; The Chemours Company; Corteva, Inc.; INV Performance Surfaces, LLC; Daikin America, Inc.; Shaw Industries, Inc.; Shaw Industries Group, Inc.; Aladdin Manufacturing Corporation; Mohawk Industries, Inc.; Mohawk Industries, LLC; The City of Dalton, Georgia, acting through its Board of Water, Light and Sinking Fund Commissioners d/b/a Dalton Utilities,<br><br>Defendants. | Civil Action No. 4:25-cv-00075-AT |

_____

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that I have read the Court's *Standing Order in Cases Proceeding Before the Honorable Amy Totenberg* and that I will comply with its provisions during the pendency of this litigation.

Respectfully submitted this 20th day of April, 2026.

<div align="right">

*/s/ Amanda M. Cheek*
Amanda M. Cheek
Georgia Bar No. 792443
Smith Gambrell & Russell, LLP
1105 West Peachtree Street, NE

</div>

Suite 1000
Atlanta, GA 30309
Telephone: (404) 815-3500
Email: acheek@sgrlaw.com

*Attorney for Defendant 3M Company*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing CERTIFICATE OF COMPLIANCE was filed with the Clerk of Court using the CM/ECF system, which will send an electronic copy of the foregoing to attorneys of record:

This 20th day of April, 2026.

<div style="margin-left: 50%;">

*/s/ Amanda M. Cheek*
Amanda M. Cheek
Georgia Bar No. 792443
Smith Gambrell & Russell, LLP
1105 West Peachtree Street, NE
Suite 1000
Atlanta, GA 30309
Telephone: (404) 815-3500
Email: acheek@sgrlaw.com

*Attorney for Defendant 3M Company*

</div>