# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

**4:25-cv-00075-AT**
**Coosa River Basin Initiative et al v. 3M Company et al**
**Honorable Amy Totenberg**

Minute Sheet for proceedings held In Chambers on 04/29/2026.

TIME COURT COMMENCED: 2:30 P.M.
TIME COURT CONCLUDED: 2:45 P.M.        COURT REPORTER: Shannon Welch
TIME IN COURT: 00:15                   DEPUTY CLERK: Keri Gardner
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:

Andrew Carpenter representing Corteva, Inc.
Andrew Carpenter representing DuPont De Nemours, Inc.
Andrew Carpenter representing EIDP, Inc.
Andrew Carpenter representing The Chemours Company
Merideth Daly representing INV Performance Surfaces, LLC
Gary Davis representing Coosa River Basin Initiative
Gary Davis representing J. Perkins Farms, LLC
Gary Davis representing Raymond J. Perkins
Jennifer Dempsey representing Shaw Industries Group, Inc.
Jennifer Dempsey representing Shaw Industries, Inc.
Hirlye Lutz representing Coosa River Basin Initiative
Hirlye Lutz representing J. Perkins Farms, LLC
Hirlye Lutz representing Raymond J. Perkins
Lindsey Mann representing The City of Dalton, Georgia
Thomas Mills representing The City of Dalton, Georgia
David Nahmias representing Daikin America, Inc.
W. Radney representing 3M Company
Robert Remar representing 3M Company
Jason Rottner representing Aladdin Manufacturing Corporation
Jason Rottner representing Mohawk Industries, Inc.
Jason Rottner representing Mohawk Industries, LLC
F. Tapley representing Coosa River Basin Initiative
F. Tapley representing J. Perkins Farms, LLC
F. Tapley representing Raymond J. Perkins
Robert Watson representing Coosa River Basin Initiative
Robert Watson representing J. Perkins Farms, LLC
Robert Watson representing Raymond J. Perkins

PROCEEDING CATEGORY:        Telephone Conference(Other Proceeding Non-evidentiary);

MINUTE TEXT:        A teleconference was held regarding the appointment of a special master and other case management issues. The parties all agreed to the appointment of a special master. See transcript.

HEARING STATUS:        Hearing Concluded