IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

Coosa River Basin Initiative;
Raymond J. Perkins, Jr., and J Perkins Farms,
LLC

*Plaintiffs,*

v.

3M Company; EIDP, Inc. f/k/a E.I. DuPont
de Nemours and Company; The Chemours
Company; Corteva, Inc.; INV Performance
Surfaces, LLC; Daikin America, Inc.; Shaw
Industries, Inc.; Shaw Industries Group, Inc.;
Aladdin Manufacturing Corporation;
Mohawk Industries, Inc.; Mohawk Industries,
LLC; The City of Dalton, Georgia, acting
through its Board of Water, Light and Sinking
Fund Commissioners d/b/a Dalton Utilities,

*Defendants.*

Civil Action No.
4:25-cv-00075-AT

## NOTICE TO THE COURT REGARDING MOTION TO TRANSFER FILED BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

The undersigned hereby notifies the Court that on May 8, 2026, Defendant

3M Company filed a Notice of Potential Tag-Along Actions before the United States

Judicial Panel on Multidistrict Litigation ("JPML") in connection with *In re:*

*Aqueous Film-Forming Foams (AFFF) Products Liability Litigation*, MDL No.

2873 (the "MDL"), pending in the United States District Court for the District of

South Carolina. The notice designates this action, *Coosa River Basin Initiative et al.*

*v. 3M Company et al.*, Civil Action No. 4:25-cv-00075-AT, as a potential tag-along action for transfer to MDL No. 2873 pursuant to Rule 7.1(a) of the Rules of Procedure of the JPML.  On May 11, 2026, the Clerk of the Panel made an initial determination that this matter is not appropriate for inclusion in the MDL.  On May 11, 2026, 3M filed a Motion to Transfer pursuant to JPML Rules 7.1(b)(i) and 6.1. The motion, without the accompanying attachments due to volume, is attached as Exhibit A.

## I.    Basis for Proposed Transfer.

As set forth in its motion, 3M Company contends that this action involves claims related to alleged PFAS contamination stemming from the City of Dalton's wastewater treatment system, including discharges from the Riverbend Wastewater Land Application System to the Conasauga River and its tributaries. 3M asserts that the Dalton wastewater system collects and treats drinking water provided by Dalton that is alleged by multiple plaintiffs in the MDL to be contaminated with AFFF products, and that this action therefore involves issues and discovery that overlap with cases already consolidated in MDL No. 2873 related to alleged AFFF contamination of Dalton's water system.

## II.    Effect on Pending Proceedings.

This notice is submitted for the Court's information only. The filing of a motion to transfer before the JPML is a procedural step and does not, by itself,

effectuate a transfer of this case. Unless and until the JPML issues an order transferring this action to MDL No. 2873, this case remains pending before this Court, and all existing deadlines, orders, and proceedings — including the briefing schedule established by this Court's Order of April 17, 2026 — remain in full force and effect.

Respectfully submitted this **11th** day of **May 2026**.

**/s/ Robert B. Remar**
Robert B. Remar
GA Bar No. 600575
Amanda M. Cheek
Georgia Bar No. 792443
**Smith Gambrell & Russell, LLP**
1105 West Peachtree Street, NE, Suite 1000
Atlanta, Georgia 30309
Telephone: (404) 815-3500
rremar@sgrlaw.com
acheek@sgrlaw.com

Jack R. Sharman, III
GA Bar No. 637930
M. Christian King (*Admitted Pro Hac Vice*)
Harlan I. Prater, IV (*Admitted Pro Hac Vice*)
W. Larkin Radney, IV (*Admitted Pro Hac Vice*)
**LIGHTFOOT FRANKLIN & WHITE, LLC**
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 581-0700
jsharman@lightfootlaw.com
cking@lightfootlaw.com
hprater@lightfootlaw.com
lradney@lightfootlaw.com

*Attorneys for Defendant 3M Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| Coosa River Basin Initiative;<br>Raymond J. Perkins, Jr., and J Perkins Farms, LLC<br>  *Plaintiffs,*<br><br>  v.<br><br>3M Company; EIDP, Inc. f/k/a E.I. DuPont de Nemours and Company; The Chemours Company; Corteva, Inc.; INV Performance Surfaces, LLC; Daikin America, Inc.; Shaw Industries, Inc.; Shaw Industries Group, Inc.; Aladdin Manufacturing Corporation; Mohawk Industries, Inc.; Mohawk Industries, LLC; The City of Dalton, Georgia, acting through its Board of Water, Light and Sinking Fund Commissioners d/b/a Dalton Utilities,<br><br>  *Defendants.* | Civil Action No.<br>4:25-cv-00075-AT |

## CERTIFICATE OF SERVICE
## AND COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that I have this date electronically filed the within and foregoing, which has been prepared using 14-point Times New Roman font, with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

**Dated: May 11, 2026**

        */s/ Robert B. Remar*
        Robert B. Remar
        GA Bar No. 600575

        One of the Attorneys for
        Defendant 3M Company