## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

Coosa River Basin Initiative.
Raymond J. Perkins, Jr., and J. Perkins
Farms, LLC

|                  |
|------------------|
| Plaintiffs,      |

v.

3M Company; EIDP, Inc. f/k/a E.I. DuPont de
Nemours and Company; The Chemours
Company; Corteva, Inc.; INV Performance
Surfaces, LLC; Daikin America, Inc.; Shaw
Industries, Inc.; Shaw Industries Group, Inc.;
Aladdin Manufacturing Corporation; Mohawk
Industries, Inc.; Mohawk Industries, LLC;
The City of Dalton, Georgia, acting through
its Board of Water, Light and Sinking Fund
Commissioners d/b/a Dalton Utilities,

Defendants.

Civil Action No. 4:25 cv- 00075-AT

## NOTICE OF COMPLIANCE

Pursuant to the Court's Order of May 12, 2026, the undersigned certifies that

on May 12, 2026 he e-mailed to all parties in this case a copy of the Briefing

Schedule entered by the JPML on May 12, 2026 in MDL No. 2873, a copy of

which is attached hereto as Exhibit A.

Respectfully submitted, this 14th day of May, 2026.

/s/ Robert B. Remar
Robert B. Remar
GA Bar No. 600575
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree Street, NE
Suite 1000
Atlanta, GA 30309
Telephone: (404) 815-3500
Facsimile: (404) 815-3509
rremar@sgrlaw.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D) of the Local Rules for the United States District Court for the Northern District of Georgia, I hereby certify that the foregoing has been prepared in Times New Roman, 14-point font, as permitted by Local Rule 5.1.

This 14th day of May, 2026.

/s/ Robert B. Remar
Robert B. Remar
GA Bar No. 600575

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing NOTICE OF COMPLIANCE has been filed electronically with the Clerk of Court by using the CM/ECF e-filing system which will email all counsel of record.

This 14th day of May, 2026

*/s/ Robert B. Remar*
Robert B. Remar
GA Bar No. 600575

# EXHIBIT A

| | |
|---|---|
| **From:** | JPMLCMECF@jpml.uscourts.gov |
| **Sent:** | Tuesday, May 12, 2026 11:32 AM |
| **To:** | JPMLCMDECF@jpml.uscourts.gov |
| **Subject:** | Activity in Case MDL No. 2873 IN RE: Aqueous Film-Forming Foams Products Liability Litigation |

This is an automatic e-mail message generated by the CM/ECF system. Please **DO NOT RESPOND** to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 5/12/2026 at 11:31 AM EDT and filed on 5/12/2026
**Case Name:**    IN RE: Aqueous Film-Forming Foams Products Liability Litigation
**Case Number:**    MDL No. 2873
**Filer:**
**Document Number:** 4297(No document attached)

**Docket Text:**

***TEXT ONLY NOTICE***

***ALL CASE DOCUMENTS SHALL CONTAIN A PROOF OF SERVICE ON ALL PARTIES WHO DO NOT RECEIVE ELECTRONIC SERVICE THROUGH CM/ECF***

NOTICE OF FILING OF MOTION (FOR INCLUSION) AND PUBLICATION OF BRIEFING SCHEDULE *re: pldg. (2 in GAN/4:24-cv-00293, 2 in GAN/4:25-cv-00075, [4294] in MDL No. 2873)*

BRIEFING SCHEDULE IS SET AS FOLLOWS:
Notices of Appearance due on or before 5/26/2026.
Corporate Disclosure Statements due on or before 5/26/2026.
Responses due on or before 6/2/2026.
Reply, if any, due on or before 6/9/2026.

Attorneys must be registered to file in the JPML. Please visit our website for Registration Information.

1

Appearance forms (JPML form 18) and Corporate Disclosure forms can be downloaded from our website. Important: A Corporate Disclosure Form, if required, must be filed, even if one has previously been filed in this MDL.

Please visit the CM/ECF Filing Guidelines & Forms page of our website for additional information.

Signed by Clerk of the Panel Jessica D. Birnbaum on 5/12/2026.

Associated Cases: MDL No. 2873, GAN/4:24-cv-00293, GAN/4:25-cv-00075 (LH)

**Case Name:**      Coosa River Basin Initiative et al v. 3M Company et al
**Case Number:**    GAN/4:25-cv-00075
**Filer:**
**Document Number:** 3(No document attached)

**Docket Text:**

***TEXT ONLY NOTICE***

***ALL CASE DOCUMENTS SHALL CONTAIN A PROOF OF SERVICE ON ALL PARTIES WHO DO NOT RECEIVE ELECTRONIC SERVICE THROUGH CM/ECF***

NOTICE OF FILING OF MOTION (FOR INCLUSION) AND PUBLICATION OF BRIEFING SCHEDULE *re: pldg. (2 in GAN/4:24-cv-00293, 2 in GAN/4:25-cv-00075, [4294] in MDL No. 2873)*

BRIEFING SCHEDULE IS SET AS FOLLOWS:
Notices of Appearance due on or before 5/26/2026.
Corporate Disclosure Statements due on or before 5/26/2026.
Responses due on or before 6/2/2026.
Reply, if any, due on or before 6/9/2026.

Attorneys must be registered to file in the JPML. Please visit our website for Registration Information.

Appearance forms (JPML form 18) and Corporate Disclosure forms can be downloaded from our website. Important: A Corporate Disclosure Form, if required, must be filed, even if one has previously been filed in this MDL.

Please visit the CM/ECF Filing Guidelines & Forms page of our website for additional information.

Signed by Clerk of the Panel Jessica D. Birnbaum on 5/12/2026.

Associated Cases: MDL No. 2873, GAN/4:24-cv-00293, GAN/4:25-cv-00075 (LH)

**Case Name:**      The City of Dalton, Georgia v. 3M Company et al
**Case Number:**    GAN/4:24-cv-00293

2

**Filer:**

**Document Number:** 3(No document attached)

**Docket Text:**

\*\*\*TEXT ONLY NOTICE\*\*\*

\*\*\*ALL CASE DOCUMENTS SHALL CONTAIN A PROOF OF SERVICE ON ALL PARTIES WHO DO NOT RECEIVE ELECTRONIC SERVICE THROUGH CM/ECF\*\*\*

NOTICE OF FILING OF MOTION (FOR INCLUSION) AND PUBLICATION OF BRIEFING SCHEDULE *re: pldg. (2 in GAN/4:24-cv-00293, 2 in GAN/4:25-cv-00075, [4294] in MDL No. 2873)*

BRIEFING SCHEDULE IS SET AS FOLLOWS:
Notices of Appearance due on or before 5/26/2026.
Corporate Disclosure Statements due on or before 5/26/2026.
Responses due on or before 6/2/2026.
Reply, if any, due on or before 6/9/2026.

Attorneys must be registered to file in the JPML. Please visit our website for Registration Information.

Appearance forms (JPML form 18) and Corporate Disclosure forms can be downloaded from our website. Important: A Corporate Disclosure Form, if required, must be filed, even if one has previously been filed in this MDL.

Please visit the CM/ECF Filing Guidelines & Forms page of our website for additional information.

Signed by Clerk of the Panel Jessica D. Birnbaum on 5/12/2026.

Associated Cases: MDL No. 2873, GAN/4:24-cv-00293, GAN/4:25-cv-00075 (LH)


MDL No. 2873 Notice has been electronically mailed to:

Daniel L Ring    DRing@jenner.com

Fred Thompson, III    fthompson@motleyrice.com, FThompson@motleyrice.com, mbessis@motleyrice.com

David Eidson Dukes    david.dukes@nelsonmullins.com

MDL No. 2873 Notice will not be electronically mailed to:

GAN/4:25-cv-00075 Notice has been electronically mailed to:

Daniel L Ring    DRing@jenner.com, 1158119420@filings.docketbird.com, docketing@jenner.com

3

Jackson R. Sharman, III   jsharman@lightfootlaw.com

James L Hollis   jhollis@balch.com

Alexandra B Cunningham   acunningham@huntonak.com

Christopher L. Yeilding   cyeilding@balch.com, ahenson@balch.com, tmartin@balch.com

F. Jerome Tapley   jtapley@corywatson.com, hjones@corywatson.com

Andrew D. Carpenter   acarpenter@shb.com

Lindsey B Mann   lindsey.mann@troutmansanders.com

Harlan Irby Prater, IV   hprater@lightfootlaw.com

Hirlye R. Ryan Lutz, III   rlutz@corywatson.com, sdonaldson@corywatson.com

Mark Christian King   cking@lightfootlaw.com

Jonathan Paul Dyal   jdyal@balch.com, bmarshall@balch.com, dguericke@balch.com

Louis A. Chaiten   lachaiten@jonesday.com

Merideth S. Daly   mdaly@huntonak.com, mdaly@hunton.com

A. Elizabeth Blackwell   liz.blackwell@bclplaw.com, jennifer.nelson@bclplaw.com, liz-blackwell-4001@ecf.pacerpro.com

Brett Cooper Thompson   bthompson@corywatson.com

Gary A Davis   gadavis@enviroattorney.com, kheavner@enviroattorney.com

Robert B. Remar   rremar@sgrlaw.com, cmay@sgrlaw.com

Caroline Gieser   cgieser@shb.com

Jennifer B Dempsey   jennifer.dempsey@bclplaw.com, gloria.wynter@bclplaw.com, jennifer-dempsey-5375@ecf.pacerpro.com, stephanie.roberts@bclplaw.com

Theodore M. Grossman   tgrossman@jonesday.com

Thomas C. Causby   tom@causbyfirm.com

Carlos A. Gonzalez   cag@gonzalez-law.com

Brooks Smith   brooks.smith@troutman.com

Robert Akira Watson   awatson@corywatson.com

Jeffrey Kaplan, Jr   jkaplan@jonesday.com

Ann Wrege Ferebee   ann.ferebee@bclplaw.com

Jason Robert Rottner   jason.rottner@alston.com

Thomas Scott Mills, Jr   scott.mills@troutman.com

Christian James Bromley   christian.bromley@bclplaw.com

Madeline Daniel   madeline.daniel@alston.com

McClellon Don Cox, III   mcclellon.cox@bclplaw.com

Andrew Roberts   andrew.roberts@alston.com

Andrea Lostocco Swartzberg   aswartzberg@balch.com

Hunter Phares   hphares@corywatson.com

David Brenton Dwerlkotte   dbdwerlkotte@shb.com

Zachary Scott Beach   zbeach@shb.com

Tatum Leigh Jackson   tjackson@lightfootlaw.com

David Erich Nahmias   dnahmias@jonesday.com

William Joseph Repko, III   jay.repko@alston.com

Kevin Patrick Holewinski   kpholewinski@jonesday.com

Kurt A. Johnson   kajohnson@jonesday.com

Laura Thayer Wagner   lwagner@hunton.com

Michael Peter Carey   michael.carey@bclplaw.com

Christopher Paul Galanek   chris.galanek@bclplaw.com

Nia Shinise Wilson Hall   nwilson@shb.com

Andre Dominic Tinoco, Jr   atinoco@shb.com

Cassidy Sturdivant   ckeith@lightfootlaw.com

5

W. Larkin Radney, IV    lradney@lightfootlaw.com

Christopher Michael Sorenson    csorenson@shb.com

Alison Guider Geter    ageter@balch.com

Caroline Suydam    csuydam@balch.com

Keith A. Johnston    kjohnston@enviroattorney.com

Louis W. Ringger III, III    bringger@enviroattorney.com

Amanda Cheek    acheek@sgrlaw.com

GAN/4:25-cv-00075 Notice will not be electronically mailed to:

GAN/4:24-cv-00293 Notice has been electronically mailed to:

Daniel L Ring    DRing@jenner.com, 1158119420@filings.docketbird.com, docketing@jenner.com

Jackson R. Sharman, III    jsharman@lightfootlaw.com

James L Hollis    jhollis@balch.com

Alexandra B Cunningham    acunningham@huntonak.com

Christopher L. Yeilding    cyeilding@balch.com, ahenson@balch.com, tmartin@balch.com

Andrew D. Carpenter    acarpenter@shb.com

Lindsey B Mann    lindsey.mann@troutmansanders.com

Lindsey C Boney, IV    lboney@bradley.com, klcampbell@bradley.com, msransky@bradley.com

Mark Christian King    cking@lightfootlaw.com

Jonathan Paul Dyal    jdyal@balch.com, bmarshall@balch.com, dguericke@balch.com

Louis A. Chaiten    lachaiten@jonesday.com

Merideth S. Daly    mdaly@huntonak.com, mdaly@hunton.com

A. Elizabeth Blackwell    liz.blackwell@bclplaw.com, jennifer.nelson@bclplaw.com, liz-blackwell-4001@ecf.pacerpro.com

Caroline Gieser    cgieser@shb.com

Jennifer B Dempsey    jennifer.dempsey@bclplaw.com, gloria.wynter@bclplaw.com, jennifer-

6

dempsey-5375@ecf.pacerpro.com, stephanie.roberts@bclplaw.com

Theodore M. Grossman    tgrossman@jonesday.com

Christian James Crowder-Bromley    christian.bromley@bclplaw.com

E. Fitzgerald Veira    fitzgerald.veira@troutman.com

Brooks Smith    brooks.smith@troutman.com

Jeffrey Kaplan, Jr    jkaplan@jonesday.com

Ann Wrege Ferebee    ann.ferebee@bclplaw.com

Jason Robert Rottner    jason.rottner@alston.com

Thomas Scott Mills, Jr    scott.mills@troutman.com

Madeline Daniel    madeline.daniel@alston.com

McClellon Don Cox, III    mcclellon.cox@bclplaw.com

Andrew Roberts    andrew.roberts@alston.com

Andrea Lostocco Swartzberg    aswartzberg@balch.com

Billie Barker Pritchard    bpritchard@kslaw.com

David Brenton Dwerlkotte    dbdwerlkotte@shb.com

Zachary Scott Beach    zbeach@shb.com

Tatum Leigh Jackson    tjackson@lightfootlaw.com

Anaid Reyes Kipp    anaid.reyes-kipp@troutman.com

James W. Beers, Jr    james.beers@troutman.com

Robert Adam Cowan    robcowan@cowanlawoffice.com

David Erich Nahmias    dnahmias@jonesday.com

William Joseph Repko, III    jay.repko@alston.com

Kevin Patrick Holewinski    kpholewinski@jonesday.com

Kurt A. Johnson    kajohnson@jonesday.com

Laura Thayer Wagner    lwagner@hunton.com

Michael Peter Carey    michael.carey@bclplaw.com

Christopher Paul Galanek    chris.galanek@bclplaw.com

Nia Shinise Wilson Hall    nwilson@shb.com

Andre Dominic Tinoco, Jr    atinoco@shb.com

Cassidy Sturdivant    ckeith@lightfootlaw.com

W. Larkin Radney, IV    lradney@lightfootlaw.com

Christopher Michael Sorenson    csorenson@shb.com

Alison Guider Geter    ageter@balch.com

Caroline Suydam    csuydam@balch.com

GAN/4:24-cv-00293 Notice will not be electronically mailed to: