IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| Coosa River Basin Initiative; Raymond J. Perkins, Jr.; and J. Perkins Farms, LLC, Plaintiffs, v. 3M Company; EIDP, Inc. f/k/a E.I. DuPont de Nemours and Company; The Chemours Company; Corteva, Inc.; DuPont de Nemours, Inc.; INV Performance Surfaces, LLC; Daikin America, Inc.; Shaw Industries, Inc.; Shaw Industries Group, Inc.; Aladdin Manufacturing Corporation; Mohawk Industries, LLC; The City of Dalton Georgia, acting through its Board of Water, Light and Sinking Fund Commissioners, d/b/a Dalton Utilities, Defendants. | Civil Action File No.: 4:25-cv-00075-AT |

**SUPPLIER DEFENDANTS' MOTION TO DISMISS FIRST
AMENDED COMPLAINT**

Defendants 3M Company, INV Performance Surfaces, LLC, Daikin

America, Inc., EIDP, Inc. f/k/a E.I. DuPont de Nemours and Company, The

Chemours Company, Corteva, Inc., and DuPont de Nemours, Inc. (collectively,

"Supplier Defendants") move under Federal Rule of Civil Procedure 12(b)(6) to

dismiss Plaintiffs' First Amended Complaint.  As explained in the Supplier

Defendants' accompanying memorandum of law in support of this motion, Plaintiffs have failed to state a claim upon which relief may be granted. Plaintiffs' claims are also barred by the applicable statute of limitations. The Court thus should dismiss Plaintiffs' claims against the Supplier Defendants with prejudice.

Date: June 17, 2026                Respectfully submitted,


                                   */s/ Robert B. Remar*
                                   Robert B. Remar
                                   GA Bar No. 600575
                                   Amanda M. Cheek
                                   GA Bar No. 729443
                                   Smith, Gambrell & Russell, LLP
                                   1105 W. Peachtree St. NE, Suite 1000
                                   Atlanta, GA 30309
                                   rremar@sgrlaw.com
                                   acheek@sgrlaw.com

                                   Jackson R. Sharman, III
                                   GA Bar No. 637930
                                   M. Christian King *(admitted pro hac vice)*
                                   W. Larkin Radney, IV *(admitted pro hac vice)*
                                   Tatum Jackson *(admitted pro hac vice)*
                                   Cassidy R. Keith *(admitted pro hac vice)*
                                   Lightfoot, Franklin and White LLC
                                   The Clark Building 400
                                   20th Street North
                                   Birmingham, AL 35203
                                   Phone: (205) 581-0700
                                   jsharman@lightfootlaw.com
                                   cking@lightfootlaw.com
                                   lradney@lightfootlaw.com
                                   tjackson@lightfootlaw.com
                                   ckeith@lightfootlaw.com

2

*Attorneys for 3M Company*

/s/ David E. Nahmias
David E. Nahmias (GA Bar 534106)
Jeffrey A. Kaplan, Jr. (GA Bar 859280)
JONES DAY
1221 Peachtree Street NE, Suite 400
Atlanta, GA 30361
Tel: (404) 581-8502
Email: dnahmias@jonesday.com
Email: jkaplan@jonesday.com

James L. Hollis (GA Bar 930998)
Caroline W. Suydam (GA Bar 312378)
BALCH & BINGHAM, LLP
30 Ivan Allen Jr. Blvd. N.W., Suite 700
Atlanta, Georgia 30309
Tel: (404) 261-6020
Email: jhollis@balch.com
Email: csuydam@balch.com

*Attorneys for Daikin America, Inc.*

/s/ Alexandra B. Cunningham
Alexandra B. Cunningham (GA Bar No. 096280)
Merideth S. Daly (*admitted pro hac vice*)
Hunton Andrews Kurth LLP
951 E. Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219
Tel: (804) 787-8087
Tel: (804) 788-8645
Fax: (804) 343-4612
acunningham@hunton.com
mdaly@hunton.com

Laura T. Wagner (GA Bar No. 674911)
Hunton Andrews Kurth LLP
Bank of America Plaza, Suite 4100
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216

3

Telephone: (404) 888-4117
Facsimile: (404) 602-9016
lwagner@hunton.com

*Attorneys for Defendant INV Performance Surfaces, LLC*

/s/ Nia S. Wilson Hall
Nia S. Wilson Hall (GA Bar No. 914011)
SHOOK, HARDY & BACON L.L.P.
nwilson@shb.com
1230 Peachtree Street, Suite 1200
Atlanta, GA 30309
Telephone: 470-867-6000
Facsimile: 470-867-6001

Andrew Carpenter (*admitted pro hac vice*)
acarpenter@shb.com
Brent Dwerlkotte (*admitted pro hac vice*)
dbdwerlkotte@shb.com
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547

*Attorneys for Defendants EIDP, Inc.*
*f/k/a E.I. du Pont de Nemours and Company;*
*The Chemours Company; Corteva, Inc.; and*
*DuPont de Nemours, Inc.*

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| Coosa River Basin Initiative; Raymond J. Perkins, Jr.; and J. Perkins Farms, LLC, Plaintiffs, v. 3M Company; EIDP, Inc. f/k/a E.I. DuPont de Nemours and Company; The Chemours Company; Corteva, Inc.; DuPont de Nemours, Inc.; INV Performance Surfaces, LLC; Daikin America, Inc.; Shaw Industries, Inc.; Shaw Industries Group, Inc.; Aladdin Manufacturing Corporation; Mohawk Industries, LLC; The City of Dalton Georgia, acting through its Board of Water, Light and Sinking Fund Commissioners, d/b/a Dalton Utilities, Defendants. | Civil Action File No.: 4:25-cv-00075-AT |

**CERTIFICATE OF SERVICE**
**COMPLIANCE WITH LOCAL RULE 5.1**

I hereby certify that I have this date electronically filed the within and foregoing, which has been prepared using 13-point Century Schoolbook font, with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of records.

Dated:  June 17, 2026          */s/ Robert B. Remar*

One of the Attorneys for 3M Company

5