# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

|  |  |
|---|---|
| COOSA RIVER BASIN INITIATIVE, et al., | Case No. 4:25-cv-00075-AT |
| Plaintiffs, | |
| v. | |
| 3M COMPANY, et al., | |
| Defendants. | |

## THE CARPET MANUFACTURING
## <u>DEFENDANTS' MOTION TO DISMISS</u>

Defendants Aladdin Manufacturing Corporation, Mohawk Industries, Inc., and Mohawk Carpet, LLC, as well as Defendants Shaw Industries, Inc. and Shaw Industries Group, Inc. (collectively the "Carpet Manufacturing Defendants"), through their undersigned counsel and pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), respectfully move this Court to dismiss Plaintiffs' First Amended Complaint.  As set out in the accompanying Memorandum of Law, the Court lacks subject matter jurisdiction over this action, and Plaintiffs fail to state a claim against the Carpet Manufacturing Defendants, such that this action should be dismissed in its entirety as to the Carpet Manufacturing Defendants.

Dated:  June 17, 2026

Respectfully submitted,

/s/ Jennifer B. Dempsey
Jennifer B. Dempsey
Georgia Bar No. 217536
Michael P. Carey
Georgia Bar No. 109364
Christian J. Bromley
Georgia Bar No. 206633

**BRYAN CAVE LEIGHTON PAISNER LLP**
1201 W. Peachtree Street, 14th Floor
Atlanta, GA 30309
Phone: (404) 572-6600
Fax: (404) 572-6999
jennifer.dempsey@bclplaw.com
michael.carey@bclplaw.com
christian.bromley@bclplaw.com

A. Elizabeth Blackwell (*pro hac vice* filed)

**BRYAN CAVE LEIGHTON PAISNER LLP**
One Metropolitan Square
211 North Broadway
St. Louis, MO 63102
Phone: (314) 259-2513
Fax: (314) 259-2020
liz.blackwell@bclplaw.com

*Counsel for Defendants*
*Shaw Industries, Inc. and Shaw*
*Industries Group, Inc.*

/s/ Jason Rottner
Jason Rottner
Georgia Bar No. 678137
William J. Repko III
Georgia Bar No. 301797
Jamie S. George
Georgia Bar No. 911331
Andrew A. Roberts
Georgia Bar No. 425333

**ALSTON & BIRD LLP**
1201 W. Peachtree Street
Atlanta, Georgia 30309
Tel: 404-881-7000
Fax: 404-881-7777
jason.rottner@alston.com
jay.repko@alston.com
jamie.george@alston.com
andrew.roberts@alston.com

*Counsel for Defendants*
*Aladdin Manufacturing Corporation,*
*Mohawk Industries, Inc., and*
*Mohawk Carpet, LLC*

2

## **CERTIFICATION UNDER LOCAL RULE 7.1(D)**

Pursuant to Northern District of Georgia Civil Local Rule 7.1(D), I hereby certify that the foregoing filing is a computer document and was prepared in Times New Roman 14-point font, as mandated in Local Rule 5.1(C).

*/s/ Andrew A. Roberts*
Andrew A. Roberts
Georgia Bar No. 425333
ALSTON & BIRD LLP

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 17, 2026, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which automatically sends e-mail notification of such filing to counsel of record.

*/s/ Andrew A. Roberts*
Andrew A. Roberts
Georgia Bar No. 425333
ALSTON & BIRD LLP
