# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| Coosa River Basin Initiative;<br>Raymond J. Perkins, Jr., and J. Perkins<br>Farms, LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>3M Company; EIDP, Inc. f/k/a E.I.<br>DuPont de Nemours and Company; The<br>Chemours Company; Corteva, Inc.;<br>DuPont de Nemours, Inc.; INV<br>Performance Surfaces, LLC; Daikin<br>America, Inc.; Shaw Industries, Inc.;<br>Shaw Industries Group, Inc.; Aladdin<br>Manufacturing Corporation; Mohawk<br>Industries, Inc.; Mohawk Industries,<br>LLC; The City of Dalton, Georgia,<br>acting through its Board of Water, Light<br>and Sinking Fund Commissioners d/b/a<br>Dalton Utilities,<br><br>        Defendants. | Civil Action No. 4:25-cv-00075-AT |

### DEFENDANT THE CITY OF DALTON, GEORGIA, ACTING THROUGH ITS BOARD OF WATER, LIGHT, AND SINKING FUND COMMISSIONERS, D/B/A DALTON UTILITIES' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant

The City of Dalton, Georgia, acting through its Board of Water, Light and Sinking

Fund Commissioners, d/b/a Dalton Utilities respectfully moves this Court to dismiss

Plaintiffs' First Amended Complaint [ECF No. 167] against Dalton Utilities for

failure to state a claim upon which relief may be granted. In support of this motion, Dalton Utilities relies on its Brief in Support, which is filed contemporaneously herewith.

Respectfully submitted, this 17th day of June, 2026.

**TROUTMAN PEPPER LOCKE LLP**

/s/ *Lindsey B. Mann*

Lindsey B. Mann
(GA Bar No. 431819)
lindsey.mann@troutman.com
E. Fitzgerald Veira
(GA Bar No. 726726)
fitzgerald.veira@troutman.com
T. Scott Mills
(GA Bar No. 757063)
scott.mills@troutman.com
Anaid Reyes Kipp
(GA Bar No. 703283)
anaid.reyes-kipp@troutman.com
600 Peachtree Street, N.E., Suite 3000
Atlanta, Georgia 30308
404-885-3000

Brooks M. Smith (*pro hac vice*)
brooks.smith@troutman.com
1001 Haxall Point, Suite 1500
Richmond, VA 23219
804-697-1200

*Counsel for Defendant The City of Dalton, Georgia, acting through its Board of Water, Light and Sinking Fund Commissioners, d/b/a Dalton Utilities*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D) of the Local Rules for the United States District Court for the Northern District of Georgia, I hereby certify that the foregoing has been prepared in Times New Roman, 14-point font, as permitted by Local Rule 5.1.

This 17th day of June, 2026.

*/s/ Lindsey B. Mann*
Lindsey B. Mann
lindsey.mann@troutman.com
Georgia Bar No. 431819

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to all counsel of record.

This 17th day of June, 2026.

/s/ Lindsey B. Mann
Lindsey B. Mann
lindsey.mann@troutman.com
Georgia Bar No. 431819